UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY 'JULIE' CLARK and JERRY CLARK, husband and wife,<br><br>                    Plaintiffs,<br><br>   v.<br><br>AMICA MUTUAL INSURANCE CO., a foreign insurance company,<br><br>                    Defendant. | NO: 13-CV-0082-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Joint Motion to Dismiss with Prejudice (ECF No. 29). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to either party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to the parties' Joint Motion to Dismiss with Prejudice (ECF No. 29), all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.  All pending motions are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** November 26, 2013.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2